1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

MAURICE MCCULLOUGH, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),

Plaintiff,

vs.

OFFICE DEPOT, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. CV 10-4987 GHK (JEMx)

~~[PROPOSED]~~ **PROTECTIVE ORDER**

Complaint Filed:  April 30, 2010
Trial Date:        None Set

11
12
13
14
15
16
17
18
19
20

21       Based on the parties' Stipulation to Entry of Protective Order Re: Protection

22   of Putative Class Member Personal Information, and good cause having been

23   shown, IT IS HEREBY ORDERED as follows:

24       1.       Plaintiff's counsel shall maintain the names and contact information of

25   the Signal Hill employees, as well as the information contained in the wage

26   statements, time records, and clock-in and clock-out records for the Signal Hill

27   employees, as private and confidential;

28       2.       Plaintiff's counsel agrees not to use the names and contact information

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

of the Signal Hill employees and/or the information contained in the wage statements, time records, and clock-in and clock-out records for the Signal Hill employees to solicit or cause another to solicit any of the Signal Hill employees to assert any new claim, charge, or complaint of any kind whatsoever against Office Depot or for any other purpose other than for the limited purpose of seeking information relevant to class certification issues, Plaintiff's claims as set forth in the First Amended Complaint, and/or Office Depot's defenses to Plaintiff's claims as set forth in the First Amended Complaint; and

3.      All names and contact information of the Signal Hill employees and/or the information contained in the wage statements, time records, and clock-in and clock-out records for the Signal Hill employees shall not be disclosed by Plaintiff or his counsel to any other person except the following:  (a) the legal, clerical, paralegal, or other staff of Plaintiff's counsel, who will abide by the terms of this Stipulation; (b) persons retained by Plaintiff's counsel to furnish expert or consulting services or advice in this action, who will abide by the terms of this Stipulation; and (c) the Court and the Court's staff.

IT IS SO ORDERED.


Date:  August 9, 2011                               */s/John E. McDermott*
                                                    UNITED STATES MAGISTRATE
                                                    JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

2

[PROPOSED] PROTECTIVE ORDER
CASE NO. CV 10-4987 GHK (JEMx)

DB2/ 22561222.1